UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DILBERT | No. C 10-3396 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M. MARTEL, warden, | |
| Respondent. | |

This action is dismissed because the petition for writ of habeas corpus was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 20, 2011

_____
SUSAN ILLSTON
United States District Judge