UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DILBERT, | No. C 10-3396 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| M. MARTEL, warden, | |
| Respondent. | |

The court denied a certificate of appealability in its June 20, 2011 Order Of Dismissal, and again denied a certificate of appealability in its July 6, 2011 Order Denying Rule 60(b) Motion. Thereafter, petitioner filed an application for certificate of appealability. The application for a certificate of appealability is DENIED for the reasons stated in the two earlier orders in which the court denied a certificate of appealability. (Docket # 15.) All further motions should be filed in the U.S. Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: September 2, 2011

_____
SUSAN ILLSTON
United States District Judge